| | | |
|---|---|---|
| PROB 22 (Rev. 01/24) | | DOCKET NUMBER (Tran. Court) <br> 1:22-CR-33-BLG-DLC-1 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) <br> 25tp80012 Middlebrooks |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT <br> Montana | DIVISION <br> Billings |
|---|---|---|
| Adam Alexander Williams <br><br> FILED BY ___SW___ D.C. <br> **Feb 18, 2025** <br> ANGELA E. NOBLE <br> CLERK U.S. DIST. CT. <br> S. D. OF FLA. - WPB | NAME OF SENTENCING JUDGE <br> Dana L. Christensen, United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM <br> 10/20/2022 | TO <br> 10/19/2025 |

**OFFENSE**

Interference With Flight Crew Members and Attendants

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The defendant is currently being supervised out of the SD/FL and will not be returning to the D/MT.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____    DISTRICT OF ___Montana___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Southern District of Florida___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/4/2024                                         /s/ Dana L. Christensen
Date                                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___SOUTHERN___    DISTRICT OF ___FLORIDA___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/18/25                                           /s/
Effective Date                                    The Honorable Kenneth A. Marra,
                                                  United States District Judge

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT | CASE NO. CR 22-33-BLG-DLC |
| Matter Sealed: ☐ Juvenile ☐ Other than Juvenile<br>☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added<br>☐ Indictment ☐ Charges/Counts Added<br>☐ Information | USA vs.<br>Defendant: ADAM ALEXANDER WILLIAMS<br>Address: 1575 Laketapps Drive, Apt. 203<br>Auburn, WA 98092 |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT — Billings<br>DISTRICT OF MONTANA — Divisional Office | |
| Name and Office of Person Furnishing Information on THIS FORM<br>Shaylin Varhelyi, Legal Assistant<br>☐ U.S. Atty ☐ Other U.S. Agency<br>Phone No. (406) 247-4628 | ☐ Interpreter Required Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned)<br>Zeno B. Baucus | Birth Date 1/20/1989  ☒ Male ☐ Alien<br>☐ Female (if applicable) |
| **PROCEEDING** | |
| Name of Complainant Agency, or Person (& Title, if any)<br>FBI - SA Chad McNiven | Social Security Number 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 |
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | **DEFENDANT** |
| | Issue: ☐ Warrant ☒ Summons |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | Location Status:<br>Arrest Date _____ or Date Transferred to Federal Custody _____ |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Atty ☐ Defense | ☐ Currently in Federal Custody<br>☐ Currently in State Custody<br>☐ Writ Required<br>☐ Currently on bond<br>☐ Fugitive |
| SHOW DOCKET NO. | |
| ☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.) | |
| ☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under | Defense Counsel (if any): _____<br>☐ FPD ☐ CJA ☐ RET'D<br>☐ Appointed on Target Letter |
| MAG. JUDGE CASE NO. | |
| Place of offense: Airline over Montana County | ☐ This report amends AO 257 previously submitted |

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 49 U.S.C. § 46504 | Interference with Flight Crew Members and Attendants | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |

# UNITED STATES DISTRICT COURT
### DISTRICT OF MONTANA
### BILLINGS DIVISION

| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM ALEXANDER WILLIAMS | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: CR 22-33-BLG-DLC-1<br>USM Number: 97009-509<br><u>Gillian E. Gosch</u><br>Defendant's Attorney |
|---|---|

**THE DEFENDANT:**

| ☒ | pleaded guilty to count(s) | **1 of the Indictment** |
|---|---|---|
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court | |
| ☐ | was found guilty on count(s) after a plea of not guilty | |

The defendant is adjudicated guilty of these offenses:

| **Title & Section / Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|
| 49 U.S.C. § 46504 - Interference With Flight Crew Members and Attendants | 01/09/2022 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has been found not guilty on count(s)

☐    Count(s)   ☐ is   ☐ are dismissed on the motion of the United States

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 20, 2022
Date of Imposition of Judgment

*/s/ Dana L. Christensen*
Signature of Judge

Dana L. Christensen, District Judge
United States District Court
Name and Title of Judge

October 20, 2022
Date

Case 9:25-tp-80012-DMM   Document 1   Entered on FLSD Docket 02/18/2025   Page 4 of 16
Case 1:22-cr-00033-DLC   Document 45   Filed 10/20/22   Page 2 of 6

AO 245B (Rev. 10/21) Judgment in a Criminal Case                                                             Judgment -- Page 2 of 6

DEFENDANT: ADAM ALEXANDER WILLIAMS
CASE NUMBER: CR 22-33-BLG-DLC-1

# PROBATION

The defendant is hereby sentenced to probation for a term of: **three (3) years.**

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)
4. ☒ You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)
6. ☐ You must participate in an approved program for domestic violence. (*check if applicable*)
7. ☒ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. ☐ You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. ☐ If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. ☐ You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

Case 9:25-tp-80012-DMM   Document 1   Entered on FLSD Docket 02/18/2025   Page 5 of 16
Case 1:22-cr-00033-DLC   Document 45   Filed 10/20/22   Page 3 of 6

AO 245B (Rev. 10/21) Judgment in a Criminal Case

Judgment -- Page 3 of 6

DEFENDANT: ADAM ALEXANDER WILLIAMS
CASE NUMBER: CR 22-33-BLG-DLC-1

# STANDARD CONDITIONS OF PROBATION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at https://www.mtp.uscourts.gov/post-conviction-supervision.

Defendant's Signature _____     Date _____

Case 9:25-tp-80012-DMM   Document 1   Entered on FLSD Docket 02/18/2025   Page 6 of 16
Case 1:22-cr-00033-DLC   Document 45   Filed 10/20/22   Page 4 of 6
AO 245B (Rev. 10/21) Judgment in a Criminal Case

Judgment -- Page 4 of 6

DEFENDANT:       ADAM ALEXANDER WILLIAMS
CASE NUMBER:     CR 22-33-BLG-DLC-1

# SPECIAL CONDITIONS OF PROBATION

1. You must pay restitution in the amount of $14,500.00. You are to make payments at a rate directed by United States Probation. Payment shall be made to the Clerk, United States District Court, James F. Battin U.S. Courthouse, 2601 2nd Avenue North, Billings, MT 59101 and shall be disbursed to: American Airlines, 400 World Way, Los Angeles, California 90045.

2. You must participate in a program for mental health treatment as approved by the probation officer. You must remain in the program until you are released by the probation officer in consultation with the treatment provider. You must pay part or all of the costs of this treatment as directed by the probation officer.

3. You must submit your person, residence, place of employment, vehicles, and papers, to a search, with or without a warrant by any probation officer based on reasonable suspicion of contraband or evidence in violation of a condition of release. Failure to submit to search may be grounds for revocation. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. You must allow seizure of suspected contraband for further examination.

4. You must abstain from the consumption of alcohol and are prohibited from entering establishments where alcohol is the primary item of sale.

5. You must participate in substance abuse testing to include not more than 365 urinalysis tests, not more than 365 breathalyzer tests, and not more than 36 sweat patch applications annually during the period of supervision. You must pay part or all of the costs of testing as directed by the probation officer.

6. You must participate in and successfully complete a program of substance abuse treatment as approved by the probation officer. You must remain in the program until you are released by the probation officer in consultation with the treatment provider. You must pay part or all of the costs of this treatment as directed by the probation officer.

7. You must not purchase, possess, use, distribute or administer marijuana, including marijuana that is used for recreational or medicinal purposes under state law.

8. You must not possess, ingest or inhale any psychoactive substances that are not manufactured for human consumption for the purpose of altering your mental or physical state. Psychoactive substances include, but are not limited to, synthetic marijuana, kratom and/or synthetic stimulants such as bath salts and spice.

Case 9:25-tp-80012-DMM   Document 1   Entered on FLSD Docket 02/18/2025   Page 7 of 16
Case 1:22-cr-00033-DLC   Document 45   Filed 10/20/22   Page 5 of 6

AO 245B (Rev. 10/21) Judgment in a Criminal Case | Judgment -- Page 5 of 6

DEFENDANT: ADAM ALEXANDER WILLIAMS
CASE NUMBER: CR 22-33-BLG-DLC-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

|  | **Assessment** | **JVTA Assessment**\*\* | **AVAA Assessment**\* | **Fine** | **Restitution** |
|---|---|---|---|---|---|
| **TOTALS** | $100.00 | $ 0.00 | $ 0.00 | $.00 | $14,500.00 |

☐ The determination of restitution is deferred until   An *Amended Judgment in a Criminal Case* *(AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

Restitution of $14,500.00 to:
American Airlines

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ the interest requirement is waived for the   ☐ fine   ☒ restitution

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\*Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 9:25-tp-80012-DMM Document 1 Entered on FLSD Docket 02/18/2025 Page 8 of 16
Case 1:22-cr-00033-DLC Document 45 Filed 10/20/22 Page 6 of 6

AO 245B (Rev. 10/21) Judgment in a Criminal Case — Judgment -- Page 6 of 6

DEFENDANT: ADAM ALEXANDER WILLIAMS
CASE NUMBER: CR 22-33-BLG-DLC-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payments of $ 100.00 due immediately, balance due

☐ not later than _____, or

☒ in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal 20 (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:
**Criminal monetary penalty payments are due during imprisonment at the rate of not less than $25.00 per quarter, and payment shall be through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk, United States District Court, James F. Battin Courthouse, 2601 2nd Ave North, Ste 1200, Billings, MT 59101 or online at https://www.pay.gov/public/form/start/790999918. Please see www.mtd.uscourts.gov/criminal-debt for more information on how to pay online.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
See above for Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ Defendant shall receive credit on his restitution obligation for recovery from other defendants who contributed to the same loss that gave rise to defendant's restitution obligation.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA Assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

Query   Reports   Utilities   Help   What's New   Log Out

# U.S. District Court
## District of Montana (Billings)
## CRIMINAL DOCKET FOR CASE #: 1:22-cr-00033-DLC-1

Case title: USA v. Williams

Date Filed: 03/17/2022

Date Terminated: 10/20/2022

Assigned to: Judge Dana L. Christensen

### Defendant (1)

**Adam Alexander Williams**
*TERMINATED: 10/20/2022*

represented by **Gillian E. Gosch**
Federal Defenders of Montana
175 N. 27th Street
Suite 401
Billings, MT 59101
406-259-2459
Email: gillian_gosch@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

49:46504.F INTERFERENCE WITH FLIGHT CREW MEMBERS AND ATTENDANTS
(1)

### Disposition

Defendant placed on probation for a term of 3 years. Standard and special conditions imposed. Restitution ordered in the amount of $14,500 (interest waived). Fine waived. Special assessment of $100.

### Highest Offense Level

**(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Zeno B. Baucus** |
|---|---|---|
| | | U.S. ATTORNEY'S OFFICE - BILLINGS |
| | | 2601 Second Avenue North |
| | | Suite 3200 |
| | | Billings, MT 59101 |
| | | 406-657-6101 |
| | | Fax: 406-657-6989 |
| | | Email: Zeno.Baucus@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2022 | 1 | SEALED INDICTMENT as to Adam Alexander Williams (1) count(s) 1. (AMC) (Entered: 03/18/2022) |
| 03/17/2022 | 2 | Criminal Cover Sheet filed by USA regarding the 1 Indictment (Sealed) as to Adam Alexander Williams. (AMC) (Entered: 03/18/2022) |
| 03/17/2022 | 3 | Redacted Indictment as to Adam Alexander Williams. (AMC) (Entered: 03/18/2022) |

| | | |
|---|---|---|
| 03/17/2022 | 4 | Summons Issued in case as to Adam Alexander Williams Arraignment set for 4/14/2022 at 09:00 AM in Billings, MT before Magistrate Judge Timothy J. Cavan. (AMC) (Entered: 03/18/2022) |
| 03/24/2022 | 5 | Summons Returned Executed on 3/24/2022 as to Adam Alexander Williams (AMC) (Entered: 03/24/2022) |
| 03/28/2022 | 6 | Unopposed MOTION to Appoint Counsel by Adam Alexander Williams. (Attachments: # 1 Text of Proposed Order) (Gosch, Gillian) (Entered: 03/28/2022) |
| 03/28/2022 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Gillian E. Gosch as to Adam Alexander Williams for the arraignment on 4/14/2022. Upon completion of the CJA 23 Form by the Defendant, the Court will determine whether the Federal Defenders will be appointed to represent the Defendant for all further proceedings. Reimbursement information: Defendant is not required to reimburse the Court. Signed by Magistrate Judge Timothy J. Cavan on 3/28/2022. (JDH) (Entered: 03/28/2022) |
| 03/29/2022 | 8 | CJA 23 Financial Affidavit by Adam Alexander Williams (Gosch, Gillian) (Entered: 03/29/2022) |
| 03/31/2022 | 9 | Second MOTION to Appoint Counsel by Adam Alexander Williams. (Attachments: # 1 Text of Proposed Order) (Gosch, Gillian) (Entered: 03/31/2022) |
| 03/31/2022 | 10 | ORDER granting 9 Motion to Appoint Counsel as to Adam Alexander Williams (1). Gillian E. Gosch for Adam Alexander Williams appointed. Signed by Magistrate Judge Timothy J. Cavan on 3/31/2022. (JDH) (Entered: 03/31/2022) |
| 04/06/2022 | 11 | MOTION to Have the United States Marshals Pay Transportation Fees or in the Alternative Allow Defendant to Appear Remotely by Adam Alexander Williams. (Attachments: # 1 Text of Proposed Order) (Gosch, Gillian) (Entered: 04/06/2022) |
| 04/07/2022 | 12 | ORDER as to Adam Alexander Williams re 11 MOTION to Have the United States Marshals Pay Transportation Fees or in the Alternative Allow Defendant to Appear Remotely filed by Adam Alexander Williams. If the United States opposes, it shall file a response explaining its objection or indicate no objection by April 11, 2022. Signed by Magistrate Judge Timothy J. Cavan on 4/7/2022. (JDH) (Entered: 04/07/2022) |

| | | |
|---|---|---|
| 04/08/2022 | 13 | BRIEF/RESPONSE TO ORDER by USA as to Adam Alexander Williams (Baucus, Zeno) (Entered: 04/08/2022) |
| 04/13/2022 | 14 | ORDER granting 11 Motion to Have the United States Marshals Pay Transportation Fees of in the Alternative Allow Defendant to Appear Remotely as to Adam Alexander Williams (1). The arraignment presently set for April 14, 2022, is CONTINUED to April 20, 2022, at 2:00 p.m. Defense counsel shall arrange for Defendant to appear by video from the United States District Court in Tacoma, Washington, on April 20, 2022. Signed by Magistrate Judge Timothy J. Cavan on 4/13/2022. (JDH) (Entered: 04/13/2022) |
| 04/13/2022 | | RESET Hearing as to Adam Alexander Williams. Arraignment RESET for 4/20/2022 at 02:00 PM in Billings, MT before Magistrate Judge Timothy J. Cavan. (JDH) (Entered: 04/13/2022) |
| 04/20/2022 | 15 | MINUTE ENTRY for proceedings held before Magistrate Judge Timothy J. Cavan: Arraignment as to Adam Alexander Williams (1) Count 1 held on 4/20/2022. Defendant is present, in custody, and appearing with FD Steven Babcock; AUSA Zeno Baucus appearing for the government. Deft is appearing by video conference from the US Courts in Tacoma, Washington and does not object. There is no objection by the government or defense counsel. Deft acknowledges his true name; is advised of his rights, previous appoint of FD Gillian Gosch will continue. Deft has received and reviewed the Indictment with counsel or staff; waives a formal reading and is advised of the maximum penalties possible. NOT GUILTY plea entered by Defendant to Count 1. USA agrees with continued release of Defendant, pending further proceedings. Conditions of released outlined on the record. The Court orders the government to comply with Rule 5(f). A written order to follow. Hearing commenced at 2:33 PM and concluded at 2:47 PM (Court Reporter FTR Gold) (USPO: Cameron Peters), (Hearing held in Billings-Big Horn Courtroom) (JLE) (Entered: 04/20/2022) |
| 04/20/2022 | 16 | ORDER Setting Conditions of Release as to Adam Alexander Williams. Signed by Magistrate Judge Timothy J. Cavan on 4/20/2022. (JDH) (Entered: 04/20/2022) |
| 04/20/2022 | 18 | TEXT Order Setting as to Adam Alexander Williams. TELEPHONIC Preliminary Pretrial Conference set for 4/27/2022 at 10:15 AM in Missoula, MT before Judge Dana L. Christensen. Signed by Magistrate Judge Timothy J. Cavan on 4/20/2022. (JDH) (Entered: |

| | | |
|---|---|---|
| | | 04/20/2022) |
| 04/21/2022 | 19 | Notice of Discovery Request by Adam Alexander Williams (Gosch, Gillian) (Entered: 04/21/2022) |
| 04/27/2022 | 20 | SCHEDULING ORDER as to Adam Alexander Williams: Discovery due 4/29/2022. Motions due by 5/13/2022. Plea Agreement due by 6/2/2022. Jury Trial set for 6/13/2022 at 09:00 AM in Billings, MT before Judge Dana L. Christensen. Signed by Judge Dana L. Christensen on 4/27/2022. (ASG) Modified on 4/27/2022 to correctly reflect trial location in Billings, not Missoula. (ASG). (Entered: 04/27/2022) |
| 04/27/2022 | | Set/Reset Hearings as to Adam Alexander Williams: Jury Trial set for 6/13/2022 at 09:00 AM in Billings, MT before Judge Dana L. Christensen. (ASG) (Entered: 04/27/2022) |
| 05/09/2022 | 21 | Unopposed MOTION to Continue *Trial and Extend Pretrial Deadlines* by Adam Alexander Williams. (Attachments: # 1 Text of Proposed Order) (Gosch, Gillian) (Entered: 05/09/2022) |
| 05/10/2022 | 22 | ORDER granting 21 Motion to Continue as to Adam Alexander Williams (1) Motions due by 7/29/2022. Plea Agreement due by 8/18/2022. Jury Trial set for 8/29/2022 at 09:00 AM in Billings, MT before Judge Dana L. Christensen.. Signed by Judge Dana L. Christensen on 5/10/2022. (KJL) (Entered: 05/10/2022) |
| 06/01/2022 | 23 | Unopposed MOTION to Withdraw as Attorney *and Appointment of CJA Panel Attorney* by Gillian E. Gosch. by Adam Alexander Williams. (Attachments: # 1 Text of Proposed Order) (Gosch, Gillian) (Entered: 06/01/2022) |
| 06/06/2022 | 24 | ORDER Setting Hearing on 23 Unopposed MOTION to Withdraw as Attorney *and Appointment of CJA Panel Attorney* by Gillian E. Gosch. : as to Adam Alexander Williams. Motion Hearing set for 6/14/2022 at 03:00 PM in Missoula, MT before Judge Dana L. Christensen.. Signed by Judge Dana L. Christensen on 6/6/2022. (KJL) (Entered: 06/06/2022) |
| 06/07/2022 | 25 | Unopposed MOTION to Withdraw Document *Motion to Withdraw as Counsel and Vacate Hearing* by Adam Alexander Williams. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Williams Email) (Gosch, Gillian) (Entered: 06/07/2022) |
| 06/07/2022 | 26 | ORDER granting 25 MOTION to Withdraw 23 MOTION to Withdraw as Attorney; Vacating hearing set for June 14, 2022 at 3:00 |

| | | | |
|---|---|---|---|
| | | | p.m. Gillian E. Gosch and the Federal Defenders of Montana shall remain as counsel of record for all legal duties to Adam Alexander Williams. Signed by Judge Dana L. Christensen on 6/7/2022. (TAG) (Entered: 06/07/2022) |
| | 06/09/2022 | 27 | MOTION TO CHANGE PLEA by Adam Alexander Williams. (Attachments: # 1 Text of Proposed Order) (Gosch, Gillian) (Entered: 06/09/2022) |
| | 06/09/2022 | 28 | PLEA AGREEMENT as to Adam Alexander Williams (KJL) (Entered: 06/09/2022) |
| | 06/10/2022 | 29 | ORDER REFERRING CASE to Magistrate Judge Timothy J. Cavan as to Adam Alexander Williams Motions referred to Timothy J. Cavan.. Signed by Judge Dana L. Christensen on 6/10/2022. (KJL) (Entered: 06/10/2022) |
| | 06/10/2022 | 30 | ORDER SETTING CHANGE OF PLEA HEARING as to Adam Alexander Williams. Change of Plea Hearing set for 6/30/2022 at 09:00 AM in Billings, MT before Magistrate Judge Timothy J. Cavan.. Signed by Magistrate Judge Timothy J. Cavan on 6/10/2022. (JDH) (Entered: 06/10/2022) |
| | 06/10/2022 | 31 | Unopposed MOTION for Leave to Appear Video *for Change of Plea Hearing* Attorney: Gillian E. Gosch. by Adam Alexander Williams. Motions referred to Timothy J. Cavan. (Attachments: # 1 Text of Proposed Order) (Gosch, Gillian) (Entered: 06/10/2022) |
| | 06/13/2022 | 32 | ORDER denying 31 Motion for Leave to Appear by Video as to Adam Alexander Williams (1). IT IS ORDERED that Defendant's motion to appear via video is DENIED without prejudice. Signed by Magistrate Judge Timothy J. Cavan on 6/13/2022. (JDH) (Entered: 06/13/2022) |
| | 06/16/2022 | 33 | Second MOTION for Leave to Appear Video by Adam Alexander Williams. Motions referred to Timothy J. Cavan. (Attachments: # 1 Text of Proposed Order Order Allowing Defendant to Appear Via Video) (Gosch, Gillian) (Entered: 06/16/2022) |
| | 06/16/2022 | 34 | ORDER granting 33 Motion for Leave to Appear Video as to Adam Alexander Williams (1). Defendant will appear by video for the change of plea hearing on June 30, 2022, at 9:00 a.m. Signed by Magistrate Judge Timothy J. Cavan on 6/16/2022. (JDH) (Entered: 06/16/2022) |

| | | |
|---|---|---|
| 06/28/2022 | 35 | OFFER OF PROOF as to Adam Alexander Williams (Baucus, Zeno) (Entered: 06/28/2022) |
| 06/30/2022 | 36 | MINUTE ENTRY for proceedings held before Magistrate Judge Timothy J. Cavan: Change of Plea Hearing as to Adam Alexander Williams held on 6/30/2022. Defendant is present, on pretrial release, and appearing with FD Gillian Gosch; AUSA Zeno Baucus appearing for the government. Deft is appearing by video conference from Washington's US District Courthouse and does not object. There is no objection by the government or defense counsel. Deft consents to USMJ. Plea Agreement outlined. Deft is sworn in and answers standard questions given by the Court. Deft is advised of his rights, rights waived and lost, and maximum penalties. Govt reads the elements and offer of proof into the record. The Deft states his guilt. The Court finds the Deft competent to enter the plea. Deft understands charges/penalties and rights forfeited. Deft enters GUILTY plea to Count 1 of the Indictment. The Court to recommend that Judge Christensen accept the guilty plea. Deft is advised of the 14-day objection deadline. Deft is advised of the PSR procedure. Deft will continue release pending sentencing. Hearing commenced at 10:18 AM and concluded at 10:50 AM (Court Reporter FTR Gold) (USPO: McKenna Arledge), (Law Clerk: Lauren Amongero), (Hearing held in Billings-Big Horn Courtroom) (JLE) (Entered: 06/30/2022) |
| 06/30/2022 | 37 | CONSENT TO proceed before a Magistrate Judge for a Guilty Plea as to Adam Alexander Williams (JDH) (Entered: 06/30/2022) |
| 06/30/2022 | 38 | Order Setting as to Adam Alexander Williams: Sentencing set for 10/20/2022 at 03:00 PM in Billings, MT before Judge Dana L. Christensen. Signed by Judge Dana L. Christensen on 6/30/2022. (ASG) (Entered: 06/30/2022) |
| 06/30/2022 | 39 | FINDINGS AND RECOMMENDATIONS on Plea of Guilty as to Adam Alexander Williams. Signed by Magistrate Judge Timothy J. Cavan on 6/30/2022. (JDH) (Entered: 06/30/2022) |
| 07/21/2022 | 40 | ORDER granting 27 Motion to Change Plea and adopting Findings and Recommendations 39 on Plea of Guilty as to Adam Alexander Williams (1). Signed by Judge Dana L. Christensen on 7/21/2022. (KJL) (Entered: 07/21/2022) |

| | | | |
|---|---|---|---|
| 07/28/2022 | 41 | | Evaluation Filed Under Seal *Psychological Evaluation* by Adam Alexander Williams (Gosch, Gillian) (Entered: 07/28/2022) |
| 08/17/2022 | | | Terminate Deadlines and Hearings as to Adam Alexander Williams:Motions Deadline (KJL) (Entered: 08/17/2022) |
| 10/11/2022 | 42 | | SENTENCING MEMORANDUM by USA as to Adam Alexander Williams (Baucus, Zeno) (Entered: 10/11/2022) |
| 10/11/2022 | 43 | | SENTENCING MEMORANDUM by Adam Alexander Williams (Gosch, Gillian) (Entered: 10/11/2022) |
| 10/20/2022 | 44 | | MINUTE ENTRY for proceedings held before Judge Dana L. Christensen: Sentencing held on 10/20/2022 for Adam Alexander Williams. Released defendant appearing with FD Gillian Gosch, AUSA Julie Patten appearing for Government. No objections to PSR. Plea agreement accepted. Court reviews statutory and guideline calculations. Court reviews 3553(a) factors. Defendant placed on probation for a term of 3 years. Standard and special conditions imposed. Restitution ordered in the amount of $14,500 (interest waived). Fine waived. Special assessment of $100. Right of appeal waived/advised. Court is in recess. Hearing commenced at 2:56pm and concluded at 3:13pm. Presentence Report due by 10/27/2022. (Court Reporter JoAnn Corson) (USPO: M. Arledge), (Law Clerk: C. Lawson), (Hearing held in Billings, MT) (ASG) (Entered: 10/20/2022) |
| 10/20/2022 | 45 | | JUDGMENT as to Adam Alexander Williams: Defendant placed on probation for a term of 3 years. Standard and special conditions imposed. Restitution ordered in the amount of $14,500 (interest waived). Fine waived. Special assessment of $100. Signed by Judge Dana L. Christensen on 10/20/2022. (ASG) (Entered: 10/20/2022) |
| 10/20/2022 | 46 | | STATEMENT OF REASONS as to Adam Alexander Williams. Signed by Judge Dana L. Christensen on 10/20/2022. (ASG) (Entered: 10/20/2022) |
| 10/20/2022 | 47 | | Judgment Restitution Payee Information as to Adam Alexander Williams re 45 Judgment. Signed by Judge Dana L. Christensen on 10/20/2022. (ASG) (Entered: 10/20/2022) |
| 10/20/2022 | 48 | | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Adam Alexander Williams. (sealed emailed to both counsel) (AMC) (Entered: 10/20/2022) |